Docusign Envelope ID: 71ED360B-4FD4-4DCB-B490-D2224AA04297



**John M. Hyams**, *Esquire*
jmh@johnhyamslaw.com

Law Offices Of
**John M. Hyams**

**Amelia C. Berdanier**, *Paralegal*
acb@johnhyamslaw.com

November 18, 2024

Kristy Lynne Bomberger
6 Windolph Court
Lititz, PA 17543

**Re:** <u>**Post-petition**</u> **Chapter 7 Bankruptcy**
**Fee Agreement**

Dear Client:

On behalf of the LAW OFFICES OF JOHN M. HYAMS thank you for asking us to represent you.

Rule 1.5(b) of the Pennsylvania Rules of Professional Conduct governing a lawyer's professional responsibilities adopted by the Supreme Court of Pennsylvania on October 16, 1987, and effective as of April 1, 1988, as amended from time to time by special order, provides:

> When the lawyer has not regularly represented the Client, the basis or rate of the fee shall be communicated to the Client, in writing, within a reasonable time after commencing representation.

AGREEMENT FOR <b>POST PETITION</b> LEGAL SERVICES

The undersigned (hereinafter "Client") hereby retain(s) and employ(s) the Law Offices of John M. Hyams to provide me (them) with advice and representation regarding the Bankruptcy Code, including preparation and filing of the Bankruptcy Schedules and Statements as necessary, representation at the First Meeting of Creditors, and all correspondence with creditors ("Base Services"). I understand that no result has been promised by the Law Offices of John M. Hyams.

I understand and agree that the base fee for services rendered shall be $1000.00, which shall be a nonrefundable retainer which is in consideration of opening the file and the Law Offices of John M. Hyams' agreement to represent the undersigned. The retainer shall also be security for fees owed to the Law Offices of John M. Hyams. The retainer is intended to cover only the Base Services as described below.

The Law Offices of John M. Hyams have been retained for the Base Services which are to be billed as set forth above. All correspondence, telephone calls, and conferences will be billed.

Those services included as Base Services are:

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401



1.      Preparation of Schedules and Statements;

2.      Attendance at 341 Meeting of Creditors; and

2.      All Telephone conferences and correspondence with creditors;

Success and/or completion of the case is not guaranteed and in some instances not all of the Base Services will be performed.  Client agrees acknowledges that the base fee is non-refundable and becomes the property of the Law Offices of John M. Hyams upon payment.  All other services will be billed at the rates and manner set forth above.  If services arise which are above the Base Services, then the Law Offices of John M. Hyams have the right to request new and satisfactory payment arrangements for such additional services.  The Law Offices of John M. Hyams retain the right to decide in its sole discretion whether to perform and conduct such additional services. These additional services include redemptions, lien avoidances and any litigation filed by or against the Client under the Bankruptcy Court's jurisdiction.

**WE DO NOT ADVISE THE EXECUTION OF REAFFIRMATION AGREEMENTS AND WILL NOT PARTICIPATE IN THE SIGNING OF THOSE DOCUMENTS**
**Creditors frequently ask our clients to sign documents that are known as "reaffirmation agreements".  Those agreements cause you to re-obligate yourself to the original debt. Creditors may also make you feel like you are required to sign those or that you have committed an error by not signing a reaffirmation agreement.  We are opposed to any client signing such a document.  Our courts have encouraged us to not allow our clients to sign those agreements.  For those reasons, we will not participate or communicate with you regarding the signing or execution of any reaffirmation agreements.  By signing below, you are expressly agreeing to the exclude these types of services from your relationship or representation by the Law Offices of John M. Hyams.**

If additional services are required over and above the Base Services for which the Law Offices of John M. Hyams have agreed to perform, then additional bills will be provided to the Client, normally on a monthly basis.  I (We) understand that my (our) fees will depend primarily upon the time, effort and work product expended on the Client's behalf.

During the course of our representation, you may be presented with offers which must be accepted or rejected by you in writing, in the form attached hereto.  Any signatory to this Fee Agreement is authorized to accept or reject any such offer presented.



I (We) agree to pay the retainer upon execution of this Agreement.  (I agree to pay the retainer as follows:  I understand that the retainer must be paid pursuant to the agreed upon terms in the executed ACH Agreement).  Fees and costs for additional services will be paid as billed.

Until all outstanding fees and charges are paid in full, the file and all work product generated in this matter shall belong to the Law Offices of John M. Hyams.

You should be aware of our file retention policy.  We make every attempt to operate as a "paperless office".  Most documents given by clients will be scanned into an electronic folder and then shredded.  Thus, if there are any documents that we possess that are yours, we recommend that you request them prior to your Section 341 Meeting of Creditors (otherwise known as a "Trustee Meeting"). We do not store clients' documents.

I understand that I have certain responsibilities as to this bankruptcy case.  These are:

1.  Provide accurate and complete information as to all of my assets and all of my liabilities.

2.  It is my responsibility to provide a valuation of the assets and I am not relying upon the Law Offices of John M. Hyams' analysis as to such assets.

3.  I understand that in the event an appraisal is requested of the real property that it is my responsibility to pay the appraiser directly.

4.  I understand that I must complete certain credit counseling prior to my filing and the payment for such counseling is my responsibility.  In the event I do not complete such credit counseling, the Law Offices of John M. Hyams may not be able to file a bankruptcy proceeding for me.

5.  I agree to provide timely and accurate information as is necessary for the filing and I am not relying upon the Law Offices of John M. Hyams to provide any of this information.

I (We) authorize the Law Offices of John M. Hyams to use and place my (our) electronic signature on documents or legal pleadings filed with any court of law that permits the use of electronic signatures.

I acknowledge the receipt of certain disclosures which have been provided to me in connection with my (our) bankruptcy filing. I have read these disclosures and I am not relying upon the Law Offices of John M. Hyams for any information provided in these disclosures as to my rights and remedies in a bankruptcy proceeding.

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401



Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**


John M. Hyams
JMH: acb


IN WITNESS WHEREOF, and intending to be legally bound, I have hereunto set my hand and seal this _____ day of 11/19/2024 _____, 2024.

Signed by:

Kristy Lynne Bomberger

_____

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401